UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAMES CLOSE,

    Plaintiff,

vs.

                           CASE NO: 5:16-CV-00833-DAE

PIZZA HUT OF SAN ANTONIO
NUMBER 39, INC

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, James Close, and Defendant, Pizza Hut of San Antonio Number 39, Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice as the parties have amicably resolved their differences. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

WHEREFORE, the parties move this Court for the entry of a Final Order.

Dated this 7th day of December 2016.

/s/ *Edward I. Zwilling*
Edward I. Zwilling, Esq.
Alabama Bar: ASB-1564-L54E
SCHWARTZ ROLLER & ZWILLING
600 Vestavia Parkway, Ste 251
Birmingham, AL 35216
205-822-2701 – Telephone
205-822-2702 – Facsimile
Email: ezwillng@szalaw.com
Attorney for Plaintiff

/s/ Shan Marie Egliskis
Barry A. McClenahan, Esq.
Shan Marie Egliskis, Esq.
The McClenahan Law Firm, PLLLC
1901 NW Military Hwy., Ste. 218
San Antonio, TX 78213
Telephone: (202) 525-9600
Facsimile: (202) 525-9602
Email: shan@mcclenahanlawfirm.com
Email: barry@mcclenahanlawfirm.com

Attorney for Defendant,